HARVEY P. SACKETT (72488)

**E-filed 5/3/06**

SACKETT AND ASSOCIATES
A PROFESSIONAL LAW CORP.

1055 Lincoln Avenue
Post Office Box 5025
San Jose, California 95150-5025
Telephone: (408) 295-7755
Facsimile: (408) 295-7444

/lc

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS M. HERNANDEZ, ) | Civil No. 05-4639 JF |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | STIPULATION AND ORDER |
| ) | |
| JO ANNE B. BARNHART, ) | |
| Commissioner, ) | |
| Social Security Administration, ) | |
| ) | |
| Defendant. ) | |

    Plaintiff and Defendant, through their respective attorneys, hereby stipulate that Plaintiff shall have an extension of time up through and including Monday, May 29, 2006 in which to e-file his Motion for Summary Judgment. This extension is necessitated by the number of other cases Plaintiff's counsel currently has before the district court that also require briefing.

|   |   |
|---|---|
|   | KEVIN V. RYAN<br>United States Attorney |
| Dated: April 13, 2006 | /s/<br>SARA WINSLOW<br>Assistant U.S. Attorney |
| Dated: April 13, 2006 | /s/<br>HARVEY P. SACKETT<br>Attorney for Plaintiff<br>CARLOS M. HERNANDEZ |

IT IS SO ORDERED.

Dated: 5/1/06

HON. JEREMY FOGEL
United States District Judge

STIPULATION AND ORDER

2