HARVEY P. SACKETT (72488)

**SACKETT AND ASSOCIATES**
A PROFESSIONAL LAW CORP.

1055 Lincoln Avenue
Post Office Box 5025
San Jose, California 95150-5025
Telephone: (408) 295-7755
Facsimile: (408) 295-7444

/lc

Attorney for Plaintiff

\*\*E-filed 6/15/06\*\*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS M. HERNANDEZ,<br><br>                 Plaintiff,<br><br>v.<br><br>JO ANNE B. BARNHART,<br>Commissioner,<br>Social Security Administration,<br><br>                 Defendant. | Civil No. 05-4639 JF<br><br>STIPULATION AND ORDER |

  Plaintiff and Defendant, through their respective attorneys, hereby stipulate that Plaintiff shall have a second extension of time up through and including Wednesday, June 28, 2006 in which to e-file his Motion for Summary Judgment. This extension is necessitated by the number of other cases Plaintiff's counsel currently has before the district court that also require briefing.

1

STIPULATION AND ORDER

|   |   |
|---|---|
| | KEVIN V. RYAN<br>United States Attorney |
| Dated: May 30, 2006 | /s/<br>SARA WINSLOW<br>Assistant U.S. Attorney |
| Dated: May 30, 2006 | /s/<br>HARVEY P. SACKETT<br>Attorney for Plaintiff<br>CARLOS M. HERNANDEZ |

IT IS SO ORDERED.

Dated: 6/14/06

HON. JEREMY FOGEL
United States District Judge

STIPULATION AND ORDER

2