**E-filed 6/29/06**

HARVEY P. SACKETT (72488)
**SACKETT AND ASSOCIATES**
A PROFESSIONAL LAW CORP.
1055 Lincoln Avenue
Post Office Box 5025
San Jose, California 95150-5025
Telephone: (408) 295-7755
Facsimile: (408) 295-7444

/lc

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CARLOS M. HERNANDEZ, ) | Civil No. 05-4639 JF |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | STIPULATION AND ORDER |
| ) | |
| JO ANNE B. BARNHART, ) | |
| Commissioner, ) | |
| Social Security Administration, ) | |
| ) | |
| Defendant. ) | |
| ) | |

    Plaintiff and Defendant, through their respective attorneys, hereby stipulate that Plaintiff shall have a third extension of time up through and including Friday, July 28, 2006 in which to e-file his Motion for Summary Judgment.  This extension is necessitated by the number of other cases Plaintiff's counsel currently has before the district court that also require briefing.

1

STIPULATION AND ORDER

KEVIN V. RYAN
United States Attorney

Dated: June 27, 2006                    */s/*
                                        SARA WINSLOW
                                        Assistant U.S. Attorney

Dated: June 27, 2006                    */s/*
                                        HARVEY P. SACKETT
                                        Attorney for Plaintiff
                                        CARLOS M. HERNANDEZ

IT IS SO ORDERED.

Dated:  6/29/06
                                        _____
                                        HON. JEREMY FOGEL
                                        United States District Judge

STIPULATION AND ORDER

2