HARVEY P. SACKETT (72488)                             **E-filed 8/9/06**

**SACKETT AND ASSOCIATES**
A PROFESSIONAL LAW CORP.
1055 Lincoln Avenue
Post Office Box 5025
San Jose, California 95150-5025
Telephone: (408) 295-7755
Facsimile: (408) 295-7444

/lc

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CARLOS M. HERNANDEZ, ) | Civil No. 05-4639 JF |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | STIPULATION AND ORDER |
| ) | |
| JO ANNE B. BARNHART, ) | |
| Commissioner, ) | |
| Social Security Administration, ) | |
| ) | |
| Defendant. ) | |
|  ) | |

    Plaintiff and Defendant, through their respective attorneys, hereby stipulate that Plaintiff shall have a fourth extension of time up through and including Friday, August 4, 2006 in which to e-file his Motion for Summary Judgment. This extension is necessitated by the number of other cases Plaintiff's counsel currently has before the district court that also require briefing.

STIPULATION AND ORDER

|   |   |
|---|---|
|   | KEVIN V. RYAN<br>United States Attorney |
| Dated: July 28, 2006 | /s/<br>SARA WINSLOW<br>Assistant U.S. Attorney |
| Dated: July 28, 2006 | /s/<br>HARVEY P. SACKETT<br>Attorney for Plaintiff<br>CARLOS M. HERNANDEZ |

IT IS SO ORDERED.

Dated: 8/9/06

HON. JEREMY FOGEL
United States District Judge

2

STIPULATION AND ORDER