HARVEY P. SACKETT (72488)                    **E-filed 9/26/06**

SACKETT
AND ASSOCIATES
A PROFESSIONAL LAW CORP.

1055 Lincoln Avenue
Post Office Box 5025
San Jose, California 95150-5025
Telephone: (408) 295-7755
Facsimile: (408) 295-7444

/lc

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CARLOS M. HERNANDEZ, ) | Civil No. C-05-04639 JF |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | STIPULATION AND ORDER |
| ) | |
| JO ANNE B. BARNHART, ) | |
| Commissioner, ) | |
| Social Security Administration, ) | |
| ) | |
| Defendant. ) | |
| ) | |

    Plaintiff and Defendant, through their respective attorneys, hereby stipulate that Plaintiff shall have an extension of time up through and including Friday, September 29, 2006 in which to e-file his Response to Defendant's Cross-Motion for Summary Judgment. This extension is necessitated by the number of other cases Plaintiff's counsel currently has before the district court that also require briefing.

STIPULATION AND ORDER

KEVIN V. RYAN
United States Attorney

Dated: September 13, 2006

/s/
SARA WINSLOW
Assistant U.S. Attorney

Dated: September 13, 2006

/s/
HARVEY P. SACKETT
Attorney for Plaintiff
CARLOS M. HERNANDEZ

IT IS SO ORDERED.

Dated:  9/21/06

HON. JEREMY FOGEL
United States District Judge

2

STIPULATION AND ORDER