**E-filed 4/26/07**

1 | SCOTT N. SCHOOLS, SBN SC 9990
United States Attorney
2 | LUCILLE GONZALES MEIS, SBN CO 15153
Regional Chief Counsel, Region IX,
3 | Social Security Administration
JEAN M. TURK, SBN CA 131517
4 | Special Assistant United States Attorney
333 Market Street, Suite 1500
5 | San Francisco, California 94105
Telephone: (415) 977-8943
6 | Facsimile: (415) 744-0134

7 | Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

CARLOS M. HERNANDEZ, )
) CIVIL NO. C 05-04639 JF
Plaintiff, )
)  STIPULATION AND PROPOSED ORDER
v. ) SETTLING ATTORNEY'S FEES
) PURSUANT TO THE EQUAL ACCESS TO
MICHAEL J. ASTRUE, ) JUSTICE ACT (EAJA)
Commissioner of )
Social Security, )
)
Defendant. )
_____)

It is stipulated by the parties through their undersigned counsel, with the Court's approval, that counsel for Plaintiff be awarded attorney's fees under the Equal Access to Justice Act (EAJA) in the amount of SIX THOUSAND and 00/100 DOLLARS ($6,000.00), and costs in the amount of TWO HUNDRED SEVENTY TWO DOLLARS AND FOUR CENTS ($272.04) for compensation for legal services rendered on Plaintiff's behalf, pursuant to 28 U.S.C. § 2412(d), thereby constituting a compromise settlement for all fees under the EAJA in this action, but not constituting any admission of Defendant's liability under the EAJA in this action.

This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action for services performed before the district court in accordance with 28 U.S.C. §§ 1920 and 2412(d).

EAJA Stip
05-04639 JF

This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees and does not constitute an admission of liability on the part of Defendant under the EAJA. Payment in the aforementioned sum under EAJA shall constitute a complete release from and bar to any and all claims, rights, causes of action, liens or subrogated interests relating to attorneys fees and costs incurred in this action under EAJA.

The settlement of Plaintiff's claim for EAJA attorney fees does not preclude Plaintiff's counsel from seeking attorney fees under 42 U.S.C. § 406(b) of the Social Security Act, subject to the offset provisions of the law.

Respectfully submitted,

Dated: April 23, 2007

/s/   Harvey p. Sackett
(As authorized via facsimile on April 20, 2007)
Harvey P. Sackett
Attorney for Plaintiff

Dated: April 23, 2007

SCOTT N. SCHOOLS
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration

/s/ Jean M.Turk
JEAN M. TURK
Special Assistant U.S. Attorney

Attorneys for Defendant

ORDER

APPROVED AND SO ORDERED.

DATED: 4/25/07

JEREMY FOGEL
UNITED STATES DISTRICT JUDGE

EAJA Stip
05-04639 JF                                         2